IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-00171-CR-W-HFS |
| MONTY W. RAY | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on November 10, 2020, before Magistrate Judge W. Brian Gaddy, defendant entered a plea of guilty pursuant to Fed.R.Crim.P. 11 to Count 2 of the Indictment – that is, being a drug user in possession of a firearm.

In a Report and Recommendation dated November 10, 2020 (Doc. 23), after cautioning and examining defendant under oath concerning the requirements of Rule 11, Judge Gaddy determined that the guilty plea was knowledgeable and voluntary and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 23) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: December 7, 2020
Kansas City, Missouri